UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY M. THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER CARTER OF THE SHERIFF/POLICE HELP DESK/DEPARTMENT,<br><br>Defendants. | Case No. 3:19-cv-00567-MMD-WGC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE WILLIAM G. COBB |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 11) ("R&R) relating to Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) and *pro se* complaint ("Complaint") (ECF No. 1-1). Plaintiff had until December 27, 2019, to file an objection but has not done so. The Court accepts and adopts the R&R in full.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). However, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in Reyna-Tapia as adopting the view that district courts are not required to review "any issue that is not the subject of an objection" and accepting, without review, a magistrate judge's recommendation to which no objection was filed). The Court nonetheless engages in de novo review to determine whether to accept the R&R and finds it should be accepted.

| | |
|---|---|
| 1 | Magistrate Judge Cobb recommends that the Court grant Plaintiff's application to proceed *in forma pauperis* but dismiss this action for Plaintiff's failure to state a claim. (ECF No. 11 at 3–4.) Judge Cobb further recommends that dismissal be with prejudice because it is apparent that amendment would be futile based on the facts Plaintiff alleges. Having reviewed Plaintiff's Complaint (ECF No. 1-1), the Court agrees with Judge Cobb regarding dismissal and amendment. (*Id.* at 4.) The Court will therefore adopt the R&R in full. |

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 11) is accepted and adopted in its entirety.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is granted. Plaintiff is permitted to maintain this action without prepaying the filing fee or giving security therefor. This order granting IFP status does not extend to the issuance of subpoenas at government expense.

It is further ordered that the Complaint (ECF No. 1-1) be filed.

It is further ordered that this action is dismissed with prejudice for failure to state a claim and because the Court finds amendment would be futile.

It is further ordered that Plaintiff's other pending motions (ECF Nos. 7, 8, 10) are denied as moot.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 31st day of December 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE